IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JIM NORMAN, ET AL. APPELLANTS

V. CIVIL ACTION NO. 3:05CV64

PRESTAGE FARMS, INC., ET AL. APPELLEES

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the bankruptcy court's June 21, 2004, Opinion and Order granting summary judgment in favor of the defendants is hereby **AFFIRMED**.

This, the 30th day of March, 2007.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**